IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **J & S DEVELOPMENT CORPORATION**, a Massachusetts corporation,<br><br>          **Plaintiff,**<br>   v.<br><br>**MONTROSE GLOBAL ASSETS, INC.**, a New York corporation, and **ST. CROIX RENAISSANCE GROUP, L.L.L.P.**, a U.S. Virgin Islands corporation,<br><br>          **Defendants.** | 2006-CV-0094 |

TO:   Stacy L. White, Esq.
       Warren B. Cole, Esq.
       Joel H. Holt, Esq.

## ORDER

THIS MATTER came before the Court for hearing on September 13, 2007, upon the Court's Order directing J & S Development Corporation to show cause why it should not be adjudged in contempt of the November 13, 2006, Order of the Court for their failure to pay funds due and owing to Globex Corporation as well as April 25, 2007, Order for their failure to hire new counsel within thirty (30) days of the said order.

Despite the appearance of newly retained counsel for J & S Development Corporation, Stacy L. White, Esq., at said hearing, no corporate representative of Plaintiff appeared, nor was any representation or explanation made concerning Plaintiff's absence. Because Plaintiff failed to show cause why it should not be held in contempt for its failure to timely comply with the said Court orders, the Court has no choice but to hold Plaintiff in contempt.

*J & S Development Corp. v. Montrose Global Assets, Inc.*
2006-CV-0094
Order
Page 2

Accordingly, it is now hereby **ORDERED**:

1. J & S Development Corporation is in **CONTEMPT OF COURT**.

2. J & S Development Corporation shall pay Defendants' reasonable costs and attorney's fees, as approved by the Court, related to and associated with the motion for order to show cause, including their appearance at the said show cause hearing.

3.. Counsel for Defendants shall file with the Court, within five (5) days from the date of entry of this order, an affirmation or other certification of their costs and fees related to and associated with the motion for order to show cause and the show cause hearing of September 13, 2007.

ENTER:

Dated: September 13, 2007

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE