IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **J & S DEVELOPMENT CORPORATION**, a Massachusetts corporation, and **BRADFORD WELDING & TRUCK EQUIPMENT, INC.**, a Massachusetts corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **MONTROSE GLOBAL ASSETS, INC.**, a New York corporation, and **ST. CROIX RENAISSANCE GROUP, L.L.L.P.**, a U.S. Virgin Islands corporation, <br><br> Defendants. | 2006-CV-0094 |

**TO:** Stacy L. White, Esq.
Warren B. Cole, Esq.
Joel H. Holt, Esq.

### ORDER

THIS MATTER came before the Court upon Plaintiff J & S Development Corporation's Motion to Reconsider This Court's Order Denying Plaintiff's Motion to Compel (Docket No. 229). Defendant St. Croix Renaissance Group, L.L.L.P., filed a response to said motion; and, said Plaintiff filed a reply thereto.

Being advised in the premises and being satisfied therein, the Court finds that it erred when it entered the Order denying Plaintiff J & S Development Corporation's Motion to Compel (Docket No. 228). The record clearly reflects the parties' stipulation agreeing to a stay pending appeal and time within which said Plaintiff could file a reply to said Defendant's opposition to said motion to compel and the Court's approval of said stipulation by text-entry only order (Docket No. 226).

*J & S Development Corp. v. Montrose Global Assets, Inc.*
2006-CV-0094
Order
Page 2

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff J & S Development Corporation's Motion to Reconsider This Court's Order Denying Plaintiff's Motion to Compel (Docket No. 229) is **GRANTED**.

2. The Court's Order (Docket No. 228) denying Plaintiff J & S Development Corporation's Motion to Compel, entered April 17, 2008, is **VACATED**.

ENTER:

DATED: June 4, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE